UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MAY MARIE GUIAO,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | Civil No.  3:10-cv-5719-RBL-JRC<br><br>ORDER FOR EXTENSION OF TIME<br>TO FILE AN ANSWER |

   Based on Defendant's Motion, and that Plaintiff has no opposition, it is hereby

ORDERED that the Answer Due Date shall be amended as follows:

   Defendant shall have up to and including January 14, 2011, to file Defendant's Answer.

   DATED this 20th day of December 2010.

                                               _____
                                               J. Richard Creatura
                                               United States Magistrate Judge

Page 1      ORDER - [3:10-cv-5719-RBL-JRC]