UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MAY MARIE GUIAO,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,<br><br>Defendant. | Case No. C10-5719-RAJ<br><br>ORDER DISMISSING CASE |

The court has considered Plaintiffs' complaint, the parties' briefs, all papers and exhibits filed in support of those briefs, the Report and Recommendation of the Honorable James P. Donohue, Plaintiffs' objection to the Report and Recommendation (Dkt. # 20), and Defendant's response to the objection. The court agrees that the Report and Recommendation properly recommends that the court affirm the Commissioner's decision. Accordingly, the court orders as follows:

(1) The court adopts the Report and Recommendation, and denies Plaintiff's objection to it.

(2) The court affirms the final decision of the Commissioner and directs the clerk to enter judgment for the Commissioner and dismiss this case with prejudice.

ORDER DISMISSING CASE
PAGE - 1

1  (3) The court directs the clerk to send copies of this Order to the parties and to
2  Judge Donohue.
3  DATED this 26th day of July, 2011.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER DISMISSING CASE
PAGE - 2